UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate Docket No.: **'07 MJ 2937** |
| Plaintiff, | ) |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| Pio FLORES-Alva, | ) Title 8, U.S.C., Section 1326 |
| | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **December 17, 2007** within the Southern District of California, defendant, **Pio FLORES-Alva**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **DECEMBER 2007**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Pio FLORES-Alva

## PROBABLE CAUSE STATEMENT

On December 17, 2007 Border Patrol Agent R. Magana responded to an area near Barrett Junction, California. This area is approximately five miles west of the Tecate, California Port of Entry and two miles north of the United States/Mexico International Boundary. Agent Magana encountered a group of seven suspected illegal aliens and identified himself as a Border Patrol Agent and performed a field interview on each of the subjects. Each subject including one later identified as the defendant **Pio FLORES-Alva** admitted to being citizens and nationals of Mexico and present in the United States without any immigration documents. At approximately 8:00 P.M. the defendant and the other six subjects were arrested and transported to the Brown Field Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on January 25, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights which he stated he understood and was willing to answer questions without having an attorney present. The defendant again admitted to being a citizen and national of Mexico without having any immigration documents that would allow him to be or remain in the United States legally.

James Trombley
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

12/19/07   0915 hrs
Date/Time