FILED
08 JAN -9 PM 3:19
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br>PIO FLORES-ALVA,              )<br>                              )<br>           Defendant.         )<br>_____) | Criminal Case No. 08 CR 0062 BTM<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1326(a)<br>and (b) - Deported Alien Found<br>in the United States |

The grand jury charges:

On or about December 17, 2007, within the Southern District of California, defendant PIO FLORES-ALVA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

JDM:nlv:San Diego
1/9/08

It is further alleged that defendant PIO FLORES-ALVA was removed from the United States subsequent to June 22, 2004.

DATED: January 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney

2