# EXHIBIT A
Transcription/Translation of the Interview of Pio Flores-Alva

```
 1      TRANSCRIPTION/TRANSLATION INTO ENGLISH, OF
 2      MINUTES 1:38 TO 4:30 OF VIDEO RECORDED ON
 3      DECEMBER 18, 2007 AT THE BROWNFIELD BORDER
 4           PATROL STATION IN THE CASE OF:
 5              U.S. v. PIO FLORES-ALVA
 6
 7                       Legend
 8
 9
10
11    [UI]: Unintelligible
12    [OV]: Overlapping voices.
13
14
15
16  [The following is a transcription/translation of the interview
17  of Pio Flores-Alva, prepared to the best of my knowledge and
18  ability. Certified on January 31, 2008. Carmen Alicia De La
19  Parra. Federal Court Certification No. 03-039.]
20
21
22
23
24
25
26
27
28
```

U.S v. Flores-Alva          Page 1 of 3

Carmen Alicia De la Parra

1
2  **ORTIZ**: Okay, the rights that you signed previously were
3  administrative rights and are no longer valid. You no longer
4  have the right to return volen, voluntarily to your country.
5  [OV]
6  **FLORES**: I don't have a right anymore?
7  **ORTIZ**: No, let me finish and then you can ask me questions,
8  okay? From this time, from this time the [UI] of your case is
9  going to be criminally pro, proceeded [sic] for having entered
10 into the United States illegally after having been deported. Do
11 you understand?
12 **FLORES**: Yes.
13 **ORTIZ**: You have the right to speak with a representative of the
14 consulate of your country, do you wish to speak with a, with the
15 consulate?
16 **FLORES**: No.
17 **ORTIZ**: Before we ask you any questions, you should, understand
18 your rights. You have the right to remain silent, anything you
19 say can be used against you in a tri, a court of law or in any
20 administrative or immigration procedure. You have the right to
21 speak to an attorney so that he may advise you before we ask you
22 any questions or statement [Indistinct voices and noises in the
23 background] present with or have him present when you, with you
24 during the questions. If you do not have the money to hire an
25 attorney, one can be pro-vi-ded before we ask you any questions,
26 if you wish. If you wish to answer our questions now without
27 having an attorney present, you will always have the right to
28 stop answering when, answering the, the questions. You also have

1  the right to stop answering when you wish until you can speak
2  with an attorney. [Voices in the background] do you understand
3  that?
4  **FLORES**: Yes, uh, uh, I would like for an attorney to represent
5  me.
6  **ORTIZ**: An attorney before asking the questions? Or do you want
7  to answer our questions right now?
8  **FLORES**: By myself, I guess. By myself, instead.
9  **ORTIZ**: Yourself? Without an attorney?
10 **FLORES**: Uh huh.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28