1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**APPENDIX OF EXHIBITS**

<u>United States v. Pio Flores-Alva</u>

08CR0062-BTM

Exhibit A:  Transcription/Translation of the Interview of Pio Flores-Alva . . . . . . . . . . . . . . . . . . . . . . . . 1