UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08cr0062-BTM |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **PIO FLORES-ALVA,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

     Carlos Arguello
     Assistant United States Attorney
     880 Front Street
     San Diego, CA 92101

and mailed to:

     Pio Flores-Alva
     Reg. No. 06759-298
     MCC San Diego
     808 Union Street
     San Diego, CA 92101

Dated: February 8, 2008

s/ *Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel); (619) 687-2666 (fax)
E-mail:Candis_Mitchell@fd.org