| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | CARLOS ARGUELLO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 157162 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6252 |
| | Facsimile: (619) 235-2757 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0062BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT MOTION TO CONTINUE** |
| v. | ) | **MOTION HEARING** |
| | ) | |
| PIO FLORES-ALVA, | ) | |
| | ) | |
| Defendants. | ) | |

   IT IS HEREBY JOINTLY MOVED, by and between the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carlos Arguello, Assistant United States Attorney, and Defendant Pio Flores-Alva, by and through his counsel, Candis L. Mitchell, that the motion hearing in this matter be continued from March 7, 2008, at 2:00 p.m., until March 21, 2008, at 2:00 p.m.

///

///

///

///

///

1  ///
2       SO MOVED.
3
4       DATED:   March 5, 2008          s/Carlos Arguello
5                _____.      _____
                                        CARLOS ARGUELLO
6                                       Assistant U.S. Attorney
7
8       DATED:   March 5, 2008          s/Candis L. Mitchell
         _____.              _____
                                        CANDIS L. MITCHELL
9                                       Attorney for Defendant
                                        PIO FLORES-ALVA
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                      2