```
 1
 2
 3
 4
 5
 6
 7
                     UNITED STATES DISTRICT COURT
 8
                    SOUTHERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,    )    Criminal Case No. 08cr0062-BTM
11                               )
              Plaintiff,         )
12                               )    ORDER
         v.                      )
13                               )
    PIO FLORES-ALVA,             )
14                               )
              Defendants.        )
15  ─────────────────────────────)
16
        IT IS HEREBY ORDERED that the motion hearing in this matter be
17
    continued from March 7, 2008, at 2:00 p.m., until March 21, 2008,
18
    at 2:00 p.m.
19
    IT IS SO ORDERED.
20
    DATED:  March 7, 2008
21
                                         [signature]
22
                                         Honorable Barry Ted Moskowitz
                                         United States District Judge
23
24
25
26
27
28
```