1 | **CANDIS MITCHELL**
California Bar No. 242797
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Facsimile: (619) 687-2666
Email: Candis_Mitchell@fd.org
5 |
6 | Attorneys for Mr. Pio Flores-Alva

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR0062-BTM |
|---|---|---|
| Plaintiff, | ) | DATE: APRIL 11, 2008 |
|  | ) | TIME: 2:00 P.M. |
| v. | ) |  |
|  | ) | **JOINT MOTION TO CHANGE THE DATE OF THE MOTION HEARING** |
| **PIO FLORES-ALVA,** | ) |  |
| Defendant. | ) |  |

IT IS HEREBY STIPULATED by and between the parties that the motion hearing in this case be changed from April 11, 2008, at 2:00 p.m, to May 15, 2008, at 9:00 a.m., or such other time as convenient for the Court.

So stipulated:

Dated: April 9, 2008
*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Pio Flores-Alva
Candis_Mitchell@fd.org

Dated: April 9, 2008
*s/ Carlos Arguello*
**CARLOS ARGUELLO**
Assistant United States Attorney