UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br>v.<br><br>**PIO FLORES-ALVA,**<br><br>　　　Defendant. | Case No.:  08cr0062-BTM<br><br>ORDER |

**IT IS HEREBY ORDERED** that the motion hearing in this case be changed from April 11, 2008, at 2:00 p.m, to May 15, 2008, at 9:00 a.m.

**SO ORDERED.**

DATED:  April 9, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　United States District Judge

08CR0062-BTM