```
                    FILED
                  MAY 0 8 2008
          CLERK, U.S. DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
        BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr0062BTM |
| Plaintiff, ) | <u>I N F O R M A T I O N</u> |
| ) | **[Superseding]** |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| PIO FLORES-ALVA, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about \_\_\_1995\_\_\_ within the Southern District of California, defendant PIO FLORES-ALVA, being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//
//
//
//
//

Count 2

On or about December 17, 2007, within the Southern District of California, defendant PIO FLORES-ALVA, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: May 8, 2008.

KAREN P. HEWITT
United States Attorney

CARLOS ARGUELLO
Assistant U.S. Attorney