AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

PIO FLORES-ALVA

**WAIVER OF INDICTMENT**

FILED
MAY 0 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

CASE NUMBER: 08cr0062BTM

I, PIO FLORES-ALVA, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal entry (Misdemeanor and Felony (two counts)),

being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on __8 May 2008__ prosecution by indictment and consent that the proceeding may be by superseding information rather than by indictment.

Pio Flores
Defendant

Camila Mosculen
Counsel for Defendant

Before __UMcLurine__
JUDICIAL OFFICER