| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | CARLOS ARGUELLO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 157162 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6252 |
| | Facsimile: (619) 235-2757 |
| 6 | Email: Carlos.Arguello2@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0062BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JOINT MOTION TO CONTINUE** |
| v. | ) | **SENTENCING HEARING** |
| | ) | |
| PIO FLORES-ALVA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED and agreed, by and between the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carlos Arguello, Assistant United States Attorney, and Defendant, Pio Flores-Alva, by and through his counsel, Candice Mitchell, that the sentencing hearing in this matter be continued from May 15, 2008, at 11:30 a.m., until June 27, 2008, at 11:30 a.m.

///

///

///

///

///

1  ///

2  ///

3        SO STIPULATED AND AGREED.

4

5                                          s/Carlos Arguello
   DATED:            _____.            _____
6                                          CARLOS ARGUELLO
                                           Assistant U.S. Attorney
7

8
                                           s/Candis Mitchell
9  DATED:            _____.            _____
                                           CANDIS MITCHELL
10                                         Attorney for Defendant
                                           PIO FLORES-ALVA
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  2